Emil A. Mayer, Respondent, v. The Union Railway Co., Appellant.—Appeal from a judgment of the Tenth Judicial District Court. J. Homer Hildreth, for respondent. Matthew P. Breen, for appellant. Judgment affirmed, with costs.

Henry J. Harris, Appellant, v. James P. Senior, Respondent.—C. L. Harris, for appellant. Charles M. Earle, for respondent. Motion for reargument denied.

Margaret Carney, Appellant, v. The Metropolitan Life Insurance Co., Respondent.—E. F. Bullard, for appellant. Arnoux Ritch & Woodford, for respondent. Motion to dismiss appeal granted.

In re Ann Eliza Owens, a Lunatic.—Motion to dismiss appeal granted.

Jennie H. Lyon, Respondent, v. Edward H. Raymond, Appellant.—Appeal from a judgment of the First Judicial District Court. Thompson & Allen, for respondent. Foley & Powell, for appellant. Judgment affirmed, with costs.

Charles E. Orvis, Respondent, v. Wm. H. Curtiss, Appellant.—Appeal from a judgment of the Eleventh Judicial District Court. Taylor & Parker, for respondent. H. G. Harris, for appellant. Judgment reversed, new trial ordered, with costs of appeal to abide event.

Thomas P. Wallace, Surviving Partner, etc., Appellant, v. Herman Kaempf, Respondent.—Appeal from a judgment of the City Court. George William Wallace, for appellant. Hahn, Myers & Bronner, for respondent. Judgment affirmed, with costs.

William J. Carey, as Receiver, Appellant, v. Gay Bros. & Co., Respondent.—Appeal from a judgment of the First Judicial District Court. Denis A. Spellissy, for appellant. Z. S. Sampson, for respondent. Judgment affirmed, with costs.

Robert E. DeForest, Respondent, v. Kenyon G. Viele, Appellant.—Appeal from a judgment of the Ninth Judicial District Court. H. C. Trumper, for respondent. Miller & Miller, for appellant. Judgment affirmed, with costs.

The People, Plaintiffs, v. Louis Fischer et al., Defendants.—Motion to vacate judgment entered upon a forfeited recognizance. John R. Fellows, for plaintiffs. John Stacom, for defendants. Motion granted.

Walter Myers, Respondent, v. Robert J. Dean, Appellant.—Motion for reargument. P. Q. Eckerson, for respondent. Boothby & Warren, for appellant. Motion denied, with ten dollars costs.

The People, Plaintiffs, v. Arabez Frabincino et al., Defendants.—Motion to vacate judgment entered upon a forfeited-recognizance. John R. Fellows, for plaintiffs. Joseph Gilfuni, for defendants. Motion granted.

The People, Plaintiffs, v. George S. Moore et al., Defendants.—Motion to vacate judgment entered upon a forfeited recognizance. John R. Fellows, for plaintiffs. M. Mandelbaum, for defendants. Motion granted.

L'Artiste Publishing Co., Appellant, v. Isaac Walker, Respondent.—Motion for leave to appeal to the Court of Appeals. C. J. G. Hall, for appellant. Christian G. Moritz, for respondent. Motion denied, with ten dollars costs.

Loyd B. Hess, Respondent, v. D. J. Van Auken, Appellant.—Motion for leave to appeal to the Court of Appeals. Motion denied, with ten dollars costs.

Fritz Jagau, Respondent, v. Fredericka Goetz, Appellant.—Motion for reargument or for leave to appeal to the Court of Appeals. Henry F. Lippold, for respondent. De Lancy Nicoll, for appellant. Motion denied, with ten dollars costs.

Louisa Carlson, Appellant. v. Maria L. Winterson, Respondent.—Motion for leave to appeal to the Court of Appeals. Hector M. Hitchings, for appellant. E. F. Bullard, for respondent. Motion granted.

Bernard S. McKean, Appellant, v. Charles H. Adams, Respondent.—Motion for reargument or for leave to appeal to the Court of Appeals. E. F. Bullard, for appellant. Booraem, Hamilton, Beckett & Ransom, for respondent. Motion denied, with ten dollars costs.